In the Matter of the Application of ARCHIBALD PALMER, Petitioner, against Hon. FRANK J. CREGG, Justice of the Supreme Court of the State of New York, Respondent, to Review the Determination and Order of Respondent Adjudging

Petitioner Guilty of a Criminal Contempt of Court.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay pending application for leave to appeal to Court of Appeals granted. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

Lee Cadle, Respondent, v. National Aniline & Chemical Co., Inc., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.